UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARID HERMIZ, as Personal
Representative of the Estate of
MYRA HERMIZ, and All Others
Similarly Situated,

    Plaintiff,

v.

WAYNE J. MILLER, VHS OF
MICHIGAN, INC., d/b/a
DETROIT MEDICAL CENTER,
and MILLER & TISCHLER, P.C.,

    Defendants.
_____/

Civil Case No. 22-12707
Honorable Linda V. Parker

## JUDGMENT

Plaintiff filed this lawsuit against Defendants claiming that they have unlawfully pursued the cost of medical treatment provided to Plaintiff's decedent, Myra Hermiz, from Ms. Hermiz, her family, and Plaintiff. Defendants filed motions to dismiss, which this Court granted in an Opinion and Order on this date, concluding that Plaintiff claims fail on the merits.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 21, 2023